UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES DEAN WILKS, | ) |
| | ) |
|     Plaintiff, | )   CASE NO.   C07-1720-RSM-MJB |
| | ) |
| v. | ) |
| | ) |
| KING COUNTY, *et al.*, | )   ORDER DISMISSING TWO DEFENDANTS |
| | )   AND DIRECTING SERVICE BY FIRST |
|     Defendants. | )   CLASS MAIL AND PROCEDURES |

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. The Court, having reviewed plaintiff's complaint, does hereby ORDER as follows:

(1) Plaintiff identifies King County as a defendant in this action. A local government unit or municipality can be sued as a "person" under § 1983. *Monell v. Department of Social Servs., of City of New York*, 436 U.S. 658, 691 (1978). However, a municipality cannot be held liable under § 1983 solely because it employs a tortfeasor. *Id*. A plaintiff seeking to impose liability on a municipality under § 1983 must identify a municipal "policy" or "custom" that caused his or her injury. *Bryan County Commissioners v. Brown*, 520 U.S. 397, 403 (1997) (citing *Monell*, 436 U.S. at 694). Plaintiff does not identify any custom or policy that caused his alleged injuries. Accordingly, plaintiff's

ORDER DISMISSING SOME
DEFENDANTS AND DIRECTING
SERVICE - 1

complaint is DISMISSED as to defendant King County pursuant to 28 U.S.C. § 1915(e)(2)(B).

(2) Plaintiff identifies Officer L. Jones as a defendant in this action. However, plaintiff does not allege that Officer Jones violated any federally protected right. Moreover, the facts alleged by plaintiff with respect to Officer Jones do not implicate federal constitutional concerns. Plaintiff, therefore, has not adequately alleged a cause of action against Officer Jones. *See Crumpton v. Gates*, 947 F.2d 1418, 1420 (9th Cir. 1991). Accordingly, plaintiff's complaint is DISMISSED as to Officer L. Jones pursuant to 28 U.S.C. § 1915(e)(2)(B)

(3) <u>Service by Clerk</u>

The Clerk is directed to send the following to defendants Hansen, Owens, Stowers, Louis, Anderson, Lamond, Bolzer, Colbert, Gailfus, Mease, Braden, and "Nurse Sue" by first class mail: a copy of plaintiff's civil rights complaint, a copy of this Order, two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons, a Waiver of Service of Summons, and a return envelope, postage prepaid, addressed to the Clerk's Office.

(4) <u>Response Required</u>

Defendants shall have **thirty (30) days** within which to return the enclosed waiver of service of summons. Any defendant who timely returns a signed waiver shall have **sixty (60) days** after the date designated on the notice of lawsuit to file and serve an answer to the amended complaint or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure.

Any defendant who fails to timely return a signed waiver will be personally served with a summons and complaint, and may be required to pay the full costs of such service, pursuant to Rule 4(d)(2). A defendant who has been personally served shall file an answer or motion permitted under Rule 12 within **thirty (30) days** after service.

ORDER DISMISSING SOME
DEFENDANTS AND DIRECTING
SERVICE - 2

(5)     Filing and Service by Parties, Generally

All attorneys admitted to practice before this Court are required to file documents electronically via the Court's CM/ECF system. Counsel are directed to the Court's website, www.wawd.uscourts.gov, for a detailed description of the requirements for filing via CM/ECF. All non-attorneys, such as *pro se* parties and/or prisoners, may continue to file a paper original with the Clerk. All filings, whether filed electronically or in traditional paper format, must indicate in the upper right hand corner the name of the Magistrate Judge to whom the document is directed.

For any party filing electronically, when the total of all pages of a filing exceeds fifty (50) pages in length, a paper copy of the document (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office for chambers. The chambers copy must be clearly marked with the works "Courtesy Copy of Electronic Filing for Chambers."

Finally, any document filed with the Court must be accompanied by proof that it has been served upon all parties that have entered a notice of appearance in the underlying matter.

(6)     Motions

Regarding the filing of motions before the Court, the parties are directed to review Local Rule CR 7 in its entirety. A few important points are highlighted below:

Any request for court action shall be set forth in a motion, properly filed and served. Pursuant to amended Local Rule CR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. **The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration upon the court's motion calendar.**

In all instances where one of the parties to a lawsuit is incarcerated, **all** categories of non-

ORDER DISMISSING SOME
DEFENDANTS AND DIRECTING
SERVICE - 3

1 dispositive motions not listed in Local Rule CR 7(d)(1) must be noted for the third Friday after the
2 date of filing and service.  This applies to all non-dispositive motions, even those which are normally
3 (if none of the parties are incarcerated) permitted to be noted 7 judicial days after filing.  *See* Local
4 Rule CR 7(d)(2).

All dispositive motions shall be noted for consideration no earlier than the fourth Friday following filing and service of the motion.

(7)     Direct Communications with District Judge or Magistrate Judge

No direct communication is to take place with the District Judge or Magistrate Judge with regard to this case.  All relevant information and papers are to be directed to the Clerk.

(8)     The Clerk is directed to send copies of this Order to plaintiff, to the King County Prosecutor's Office, and to the Hon. Monica J. Benton.

DATED this 20  day of  November  , 2007.


                                                              RICARDO S. MARTINEZ
                                                              UNITED STATES DISTRICT JUDGE


Recommended for entry this
19th day of November, 2007.


 /s/   Monica J. Benton
Monica J. Benton
United States Magistrate Judge




ORDER DISMISSING SOME
DEFENDANTS AND DIRECTING
SERVICE - 4