UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES D. WILKS, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. C07-1720-RSM-JPD |
| | ) | |
| v. | ) | ORDER GRANTING DEFENDANTS' |
| | ) | MOTION FOR PARTIAL SUMMARY |
| KING COUNTY, *et al*., | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |

The Court, having reviewed plaintiff's complaint, defendants' motion for partial summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for partial summary judgment (Dkt. No. 24) is GRANTED.

(3) Plaintiff's claims asserted against defendants Hansen, Anderson, Lamond, Bolzer, Colbert, Gailfus, Mease, and Braden are DISMISSED with prejudice. Plaintiff's excessive force claims alleged against defendants Owens, Stowers and Louis remain for resolution at trial.

ORDER GRANTING DEFENDANTS'
MOTION FOR PARTIAL SUMMARY
JUDGMENT - 1

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 6 day of April, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS'
MOTION FOR PARTIAL SUMMARY
JUDGMENT - 2